# Exhibit 5

cDs LLC

39 Beards Creek Drive
Arapahoe, NC, 28510

# Invoice

| TAX DATE | INVOICE NO |
|---|---|
| 01/07/03 | 1 |

| INVOICE TO |
|---|
| cDs Paris |
| Jerome Marechaux |
| 10 Rue du Mail |
| 75002 Paris France |

| DUE DATE |
|---|
| 01/07/03 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Packages Open | Packages opened in March 2003: City Paris | 0.3 | 389.00 | 116.70 |
| Packages Open | Packages opened in March 2003: Click Paris | 0.3 | 145.00 | 43.50 |
| Packages Open | Packages opened in March 2003: IMG London | 0.3 | 946.00 | 283.80 |
| Packages Open | Packages opened in March 2003: IMG Paris | 0.3 | 973.00 | 291.90 |
| Packages Open | Packages opened in March 2003: Fashion Victims Models Cannes | 0.3 | 80.00 | 24.00 |
| Packages Open | Packages opened in March 2003: Idole Paris | 0.3 | 343.00 | 102.90 |
| Packages Open | Packages opened in March 2003: L'agence de Mannequins Paris | 0.3 | 252.00 | 75.60 |
| Packages Open | Packages opened in March 2003: Models 1 London | 0.3 | 3,506.00 | 1,051.80 |
| Packages Open | Packages opened in March 2003: Plus 4 Women | 0.3 | 207.00 | 62.10 |
| Packages Open | Packages opened in March 2003: Profile London | 0.3 | 240.00 | 72.00 |
| Packages Open | Packages opened in March 2003: Select London | 0.3 | 3,750.00 | 1,125.00 |
| Packages Open | Packages opened in March 2003: Women Paris | 0.3 | 199.00 | 59.70 |

**Total**  €3,309.00

Banking Details:
JPMorgan Chase Bank, Acount Name: CDS LLC
Account #: REDACT, Routing #: 021000021, swift #: CHASUS33

Exhibit 5 to 5/4/2016 Letter, Page 1 of 1