# Exhibit 6



# Invoice

39 Beards Creek Drive
Arapahoe, NC, 28510

| TAX DATE | INVOICE NO |
|----------|------------|
| 02/07/04 | 13 |

### INVOICE TO

cDs Paris
Jerome Marechaux
10 Rue du Mail
75002 Paris France

| DUE DATE |
|----------|
| 02/07/04 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Packages opened in March 2004: Aldebaran Paris | 0.3 | 208.00 | 62.40 |
| Packages opened in March 2004: City Paris | 0.3 | 627.00 | 188.10 |
| Hosting; City Paris | 1 | 10.00 | 10.00 |
| Packages opened in March 2004: Click Paris | 0.3 | 174.00 | 52.20 |
| Packages opened in March 2004: ICM Models London | 0.3 | 726.00 | 217.80 |
| Packages opened in March 2004: IMG London | 0.3 | 1,118.00 | 335.40 |
| Packages opened in March 2004: IMG Paris | 0.3 | 1,508.00 | 452.40 |
| Packages opened in March 2004: IMM Brussels | 0.3 | 63.00 | 18.90 |
| Packages opened in March 2004: Harry's Models Munich | 0.3 | 690.00 | 207.00 |
| Packages opened in March 2004: Idole Paris | 0.3 | 525.00 | 157.50 |
| Packages opened in March 2004: Model Genesis Limited | 0.3 | 12.00 | 3.60 |
| Packages opened in March 2004: Models 1 London | 0.3 | 4,443.20 | 1,332.96 |
| Packages opened in March 2004: Profile London | 0.3 | 1,115.00 | 334.50 |
| Hosting: Profile London | 1 | 10.00 | 10.00 |
| Packages opened in March 2004: Select London | 0.3 | 13.00 | 3.90 |
| Packages opened in March 2004: Talent | 0.3 | 600.00 | 180.00 |
| Hosting: Talent | 1 | 9.00 | 9.00 |
| Hosting: Viva | 1 | 10.00 | 10.00 |
| Packages opened in March 2004: Women Paris | 0.3 | 919.00 | 275.70 |

| **Total** | €3,861.36 |
|-----------|-----------|

Banking Details:
JPMorgan Chase Bank, Acount Name: CDS LLC
Account #: REDACTE , Routing #: 021000021, swift #: CHASUS33

Exhibit 6 to 5/4/2016 Letter, Page 1 of 1