UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
C.D.S. INC.,

        Plaintiff.

   -against-


BRADLEY ZETLER; CDS, LLC; RAPID SYSTEMS CC;     Civil Action # 16 CV 3199
and JOHN DOES 1-5.

        Defendants,

   -and-

AMAZON WEB SERVICES, INC.; and
RACKSPACE US, INC.

        Nominal Defendants.
------------------------------------------------------------------ X


**DECLARATION OF CHRISTOPHE RACLE IN FURTHER SUPPORT OF
PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

     CHRISTOPHE RACLE, pursuant to 28 U.S.C. § 1746, declares the following to be true

and correct under the penalty of perjury:

     1.    I am the Chief Technology Officer / Client Support Manager of CDS SARL. I

provide technology support to CDS, Inc. and I submit this declaration in further support of CDS,

Inc.'s application for a temporary restraining order and preliminary injunction in the above

captioned matter. The facts stated below are either within my own knowledge and true or they

are based on information supplied to me and that information is true to the best of my

information and belief.

2.      I submit this declaration to address (1) the assertion in Mr. Dogramaci's letter that "Mr. Zetler through CDS LLC, registered the Internet domain name 'cdsglobal.com'" and (2) to call to the Court's attention that Mr. Zetler, not content to take the CDSGlobal website / domain name, has also taken over and claimed ownership over the domain names that CDS SARL host for its clients.  It should go without saying that there is no reason for Mr. Zetler or CDS LLC to have done this.

## CDS GLOBAL DOMAIN REGISTRATION

3.      I performed an historical analysis of the domain name registration for CDSGlobal.com (the "Domain") and can state that Mr. Zetler's claims that he registered the Domain in the name of CDS LLC are false, as can be seen from my report, a true and accurate copy of which is attached hereto as Exhibit A.

4.      The Domain was not first registered to CDS LLC but was instead registered to CDS, Inc.

5.      The Domain was registered from 2004 until April 2015 under the name of CDS, Inc. as owner – some eleven years.

6.      From May 2015 until September 2015, the ownership of the Domain under the Whois record was hidden under the Whois privacy protections.  I assume that Mr. Zetler changed this since neither CDS, Inc. nor CDS SARL did this.  Certainly, changing the Domain registration information was not something Mr. Zetler discussed with me.

7.      Starting in December 2015, the Domain ownership was changed, again, to CDS LLC.  This change was neither discussed with anyone in Paris, to the best of my knowledge, nor was it authorized.  The Domain belongs to CDS, Inc. and Mr. Zetler had no right to change the name of the owner to CDS LLC.

8.    Sometime, I am not certain when, between March and April 29, 2016, Mr. Zetler moved the Domain from one server to another server. I believe that this is what caused the Domain and the website to go out of service over the weekend of April 30 – May 1. He should not have moved this – he had no right to do so and he certainly had no permission. I am told that Mr. Zetler claims that the website went down due to an "attempted hack". To me, this is highly unbelievable in the absence of logs showing the attacks.

**THE CDS CLIENT WEBSITES**

9.    CDS SARL and CDS, Inc. host websites for their modeling agency clients pursuant to web hosting agreements. These agreements are between the clients and either CDS, Inc. or CDS SARL but never between the clients and CDS LLC or Rapid Systems nor between the clients and Mr. Zetler personally.

10.    These websites are hosted with CDS, Inc. listed as the owner on the Whois record and CDS, Inc. listed as the technology contact and administrative support contact. If the website hosting agreement comes to an end, we then simply change the registration on Whois to reflect that the registrant is the client. And this makes sense since the client owns the website and their domain – we do not, we just register for them.

11.    As I was investigating the situation with the Domain, I happened to notice that the ownership listing for our clients' websites on the Whois records had been altered by Mr. Zetler. CDS, Inc. was no longer listed as the registrant of the clients' websites.

12.    Instead, Bradley Zetler of CDS LLC was now listed as the "Registrant". Mr. Zetler and CDS LLC are now holding themselves out to the world as the registrants, or owners, of websites that belong to our clients and which were originally established and previously registered under the name of CDS, Inc.

3

13.    This is a serious issue. It represents, in my opinion, a risk to our relationships with our clients. They will certainly be upset when they are informed that the registration of their property, that we administer under a web hosting agreement, has been changed to CDS LLC, a stranger to them.

14.    I attach, as Exhibit B, a true and accurate copy of my investigations regarding several of our clients. I have highlighted, in red, the changes on the Whois records. As can be seen, just from the sampling that I conducted, the following clients have been changed: Profile-Models.com; Nathalie-models.com; City-Models.com; Harry-Models.com; Synergymodels.com; and, Joule-Studio.com.

15.    As can be seen from this declaration, Mr. Zetler did not own the Domain and should never have changed the registration information for the Domain and Mr. Zetler did not own our clients' websites but changed the registrations there also.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 4, 2016
        Paris, France

By: _____

CHRISTOPHE RACLE

4

# EXHIBIT A



**[cDs Global] domain history**
Christophe Racle to: JEDeutsch@nmmlaw.com
Cc: Jerome Marechaux, Diane Treat, Jerome Viollon

05/04/2016 09:03 AM

History:     This message has been replied to.

Hi Jeremy,

I have analyzed the documents, maybe you already notice these points :

- Between 2004 until April 2015 the domain cdsglobal.com was registered under the company cDs Inc (page 23 and following pages)
- Between May 2015 until September 2015 the Whois record was hidden by privacy protection, so we don't see who is the owner of the domain during this period. (page 17 to 22)
- From December 2015, Who is record shows CDS LLC as domain owner. (page 7 to 16)

• To go back on the page 3, I noticed an error If I'm correct.

The date says "As of April 27, 2016 on top of the page, then on Registration details : Name servers is : Rackspace.com , where it should say "Amazon" as shown on Page 4 & 5 result of record. The IP address of the website should normally reflect the new IP.

It seems one record is missing, the Whois record sent on March 09, 2016 where it was still Rackspace as Name Server and Old Webserver IP.

Here are the record from March 09, the IP of the server changed between, March and April, so the website has been moved to new server. (but stay at Amazon)
You can see the old IP address of the webserver and we can see this server was hosting 22 other websites.  (52.16.135.217 - 22 other sites hosted on this server)

| Email | dns@cdsglobal.com is associated with ~139 domains |  |
|---|---|---|
|  | abuse-contact@publicdomainregistry.com is associated with ~4,628,599 domains |  |
| **Registrant Org** | CDS LLC is associated with ~93 other domains |  |
| **Registrar** | PDR LTD. D/B/A PUBLICDOMAINREGISTRY.COM |  |
| **Registrar Status** | clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited |  |
| **Dates** | Created on 2004-09-17 - Expires on 2016-09-17 - Updated on 2015-08-05 |  |
| **Name Server(s)** | NS.RACKSPACE.COM (has 248,832 domains) NS2.RACKSPACE.COM (has 248,832 domains) |  |
| **IP Address** | 52.16.135.217 - 22 other sites hosted on this server |  |
| **IP Location** | 🔲 - Dublin City - Dublin - Amazon Technologies Inc. |  |

| ASN | AS16509 AMAZON-02 - Amazon.com, Inc. (registered May 04, 2000) |
|---|---|
| **Domain Status** | Registered And Active Website |
| **Whois History** | 69 records have been archived since 2001-08-06 |
| **IP History** | 14 changes on 10 unique IP addresses over 12 years |
| **Registrar History** | 5 registrars with 2 drops |
| **Hosting History** | 6 changes on 6 unique name servers over 13 years |
| **Whois Server** | whois.publicdomainregistry.com |

Website

| **Website Title** | CDs Global: Booking Software, Websites For Talent & Model Management |
|---|---|
| **Server Type** | nginx |
| **Response Code** | 200 |
| **SEO Score** | 90% |
| **Terms** | 983 (Unique: 335, Linked: 416) |
| **Images** | 35 (Alt tags missing: 7) |
| **Links** | 183   (Internal: 116, Outbound: 9) |

**Whois Record** ( last updated on 2016-03-09 )
Domain Name: CDSGLOBAL.COM
Registry Domain ID: 130223505_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2016-03-08T12:21:51Z
Creation Date: 2004-09-17T04:41:50Z
Registrar Registration Expiration Date: 2016-09-17T03:41:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.6462333148
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:

Registrant Email:   dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.6462333148
Admin Phone Ext:

Admin Fax:
Admin Fax Ext:

Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.6462333148
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:

Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned

Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ███ +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/

Here are the record given by Whois on May 02, 2016, New Name Server (Amazon now, instead of Rackspace, Update done on Apr/26/2016 , new Webserver IP (54.171.210.193 is hosted on a dedicated server) , and Dedicated server, no more other website hosted on the server (was 22 other site before).

We can see also that cDs LLC is associated to 106 other domains , 1 months ago it was 93, so we may suppose that some other domains have been moved to CDS LLC owner. (maybe this part is not relevant)

### Whois & Quick Stats

| | |
|---|---|
| **Email** | dns@cdsglobal.com is associated with ~152 domains |
| | abuse-contact@publicdomainregistry.com is associated with ~4,630,421 domains |
| **Registrant Org** | CDS LLC is associated with ~106 other domains |
| **Registrar** | PDR LTD. D/B/A PUBLICDOMAINREGISTRY.COM |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | Created on 2004-09-17 - Expires on 2016-09-17 - Updated on 2016-04-26 |
| **Name Server(s)** | NS-1209.AWSDNS-23.ORG (has 179 domains)<br>NS-1552.AWSDNS-02.CO.UK (has 137 domains)<br>NS-346.AWSDNS-43.COM (has 4,924 domains)<br>NS-584.AWSDNS-09.NET (has 6,601 domains) |
| **IP Address** | 54.171.210.193 is hosted on a dedicated server |

| IP Location | ■ - Dublin - Dublin - Amazon Technologies Inc. |
|---|---|
| ASN | ■ AS16509 AMAZON-02 - Amazon.com, Inc., US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| Whois History | 74 records have been archived since 2001-08-06 |
| IP History | 15 changes on 11 unique IP addresses over 12 years |
| Registrar History | 5 registrars with 2 drops |
| Hosting History | 7 changes on 7 unique name servers over 13 years |
| Whois Server Website | whois.publicdomainregistry.com |

| Website Title | cDs Global: booking software, websites for talent & model management |
|---|---|
| Server Type | nginx |
| Response Code | 200 |
| SEO Score | 90% |
| Terms | 982 (Unique: 334, Linked: 416) |
| Images | 35 (Alt tags missing: 7) |
| Links | 183   (Internal: 116, Outbound: 9) |

Whois Record ( last updated on 2016-05-03 )
Domain Name: CDSGLOBAL.COM
Registry Domain ID: 130223505_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2016-03-08T12:21:51Z
Creation Date: 2004-09-17T04:41:50Z
Registrar Registration Expiration Date: 2016-09-17T03:41:50Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.6462333148
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:   dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US

```
Admin Phone: +1.6462333148
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.6462333148
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  dns@cdsglobal.com
Name Server: ns-1209.awsdns-23.org
Name Server: ns-1552.awsdns-02.co.uk
Name Server: ns-346.awsdns-43.com
Name Server: ns-584.awsdns-09.net
DNSSEC:Unsigned

Registrar Abuse Contact Email:  abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: [    ]+1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
```

Please let me know if you have question or if you need precision.

*Please note my new email address*
*Please send your support request to  pasupport@cds-official.com*

Regards.

**Christophe Racle**
Client Support Manager

tel:    +33 1 42 21 92 10
cell:   +33 6 86 58 53 83
skype: c.racle
christophe.racle@cds-official.com



**De :** JEDeutsch@nmmlaw.com [mailto:JEDeutsch@nmmlaw.com]
**Envoyé :** mardi 3 mai 2016 16:07
**À :** Christophe Racle <christophe.racle@cds-official.com>
**Objet :** Fw:

## Jeremy E. Deutsch
## Norris McLaughlin & Marcus, P.A.
t: 917.369.8842 | f: 212.808.0844 | e: jedeutsch@nmmlaw.com | www.nmmlaw.com
NY Office: 875 Third Ave | 8th Floor | New York, NY 10022
Bridgewater, NJ | New York, NY | Allentown, PA
----- Forwarded by Jeremy E Deutsch/NMM on 05/03/2016 10:07 AM -----

From:      Michael Blumel/NMM
To:        Anastasios Nikolopoulos/NMM@NMM,
Cc:        Jeremy E Deutsch/NMM@NMM
Date:      04/27/2016 05:41 PM
Subject:   Re:

## Michael Blumel | Director of Information Technology
## Norris McLaughlin & Marcus, P.A.
t: 908.252.4319 | f: 908.722.0755 | e: mblumel@nmmlaw.com | www.nmmlaw.com
NJ Office: 721 Route 202-206 | Suite 200 | P.O. Box 5933 | Bridgewater, NJ 08807-5933
Bridgewater, NJ | New York, NY | Allentown, PA

From:      Anastasios Nikolopoulos/NMM
To:        Michael Blumel/NMM@NMM
Date:      04/27/2016 04:39 PM
Subject:

http://domainreport.domaintools.com/cdsglobal.com
client matter 121852-1
can u order the $49 report asap

NOTICE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify the sender immediately by e-mail or by telephone at 212-808-0700 and delete the original message. Thank You. http://www.nmmlaw.com

# EXHIBIT B



**[cDs SARL] Whois record history of few cDs SARL Customers.**
Christophe Racle  to: JEDeutsch@nmmlaw.com                    05/04/2016 06:08 AM
Cc:  Jerome Marechaux, Jerome Viollon      , Diane Treat      ,
     Christelle Riot , "bagid@agidwagnon-avocats.com"

History:          This message has been replied to.

Hello Jeremy,

Please find below some history records of "Whois" for few clients of cDs SARL. We can see the following domains have been registered originally under cDs Inc, then cDs LLC took the ownership without any notification to us.
I have highlighted in RED the details.

Result of request done on : http://www.domainhistory.net/
**Profile-models.com Information (cDs SARL Customer)**
We can see on the following report this domain was originally registered under cDs Inc, Domain records have been updated on January 21 th 2016.

**Most Recent Contact Email:** dns(at)cdsglobal.com | Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Server IP Address:** 72.32.24.5 (0 total domains)
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com | Download Reverse Registrar Report

**Whois Lookup Date: 05-04-16**
Domain Name: PROFILE-MODELS.COM
Registry Domain ID: 149006_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2016-01-21T14:23:29Z
Creation Date: 1997-02-18T05:00:00Z
Registrar Registration Expiration Date: 2017-02-19T05:00:00Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.2122067781
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID:

Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ███+1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-04T08:52:54Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Whois Lookup Date: 06-07-13**
Registration Service Provided By: EXPERTSRS

Domain Name: PROFILE-MODELS.COM

Registration Date: 18-Feb-1997
Expiration Date: 19-Feb-2014

Status:ACTIVE

Name Servers:
ns2.rackspace.com
ns.rackspace.com

**Registrant Contact Details:**
**CDS INC**
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Administrative Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Technical Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Billing Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:

(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Server IP Address at Lookup Time:** 72.32.24.5

For the following domain, the owner is back to End client but we can see the Admin and tech
contact has been switched from cDs INC to cDs LLC.
Last update done on May, 14th 2016. This agency doesn't exist anymore so there is no
reason that domain record have been updated.

## Nathalie-models.com Information (Old cDs SARL Customer, Agency closed)
**Most Recent Contact Email:** dns(at)cdsglobal.com | Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Server IP Address:** 72.32.24.5 (0 total domains)
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com | Download Reverse Registrar Report

**Whois Lookup Date: 05-04-16**
Domain Name: NATHALIE-MODELS.COM
Registry Domain ID: 1219231_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2016-04-14T12:57:39Z
Creation Date: 1997-04-30T04:00:00Z
Registrar Registration Expiration Date: 2017-05-01T04:00:00Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Nathalie Cros-coitton
Registrant Organization: Nathalie Cros-coitton
Registrant Street: 24 Rue Beaubourg
Registrant City: Paris
Registrant State/Province: Paris
Registrant Postal Code: 75003
Registrant Country: FR
Registrant Phone: +33.680362746
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: nathalie@nathalie-models.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe

Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ██████ +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-04T09:11:31Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Whois Lookup Date: 05-30-13
Registration Service Provided By: EXPERTSRS

Domain Name: NATHALIE-MODELS.COM

Registration Date: 30-Apr-1997
Expiration Date: 01-May-2014

Status:ACTIVE


Name Servers:
ns2.rackspace.com
ns.rackspace.com


Registrant Contact Details:
Nathalie Cros-coitton
Nathalie Cros-coitton (nathalie@nathalie-models.com)
24 Rue Beaubourg
Paris
Paris,75003
FR
Tel. +33.680362746

Administrative Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Technical Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Billing Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or

by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Server IP Address at Lookup Time:** 72.32.24.5

City-models.com (cDs SARL Customer)

## City-models.com Information
**Most Recent Contact Email:** dns(at)cdsglobal.com | Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Server IP Address:** 72.32.24.5 (0 total domains)
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com | Download Reverse Registrar Report

**Whois Lookup Date: 05-04-16**
Domain Name: CITY-MODELS.COM
Registry Domain ID: 1673540_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2015-06-12T08:26:50Z
Creation Date: 1998-07-29T05:00:13Z
Registrar Registration Expiration Date: 2016-07-28T04:00:00Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.2122067781
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:

Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28S10
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ███ +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-0S-04T09:31:00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Whois Lookup Date: 04-10-13**
Registration Service Provided By: EXPERTSRS

Domain Name: CITY-MODELS.COM

Registration Date: 29-Jul-1998
Expiration Date: 28-Jul-2013

Status:ACTIVE

Name Servers:
ns2.rackspace.com
ns.rackspace.com

Registrant Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Administrative Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Technical Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Billing Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Server IP Address at Lookup Time: 72.32.24.5

Harry-models.com (cDs SARL Customer)

## Harrys-models.com Information
**Most Recent Contact Email:** dns(at)cdsglobal.com |   Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Server IP Address:** 72.32.24.5 (0 total domains)
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com |   Download Reverse Registrar Report

Whois Lookup Date: 05-04-16
Domain Name: HARRYS-MODELS.COM
Registry Domain ID: 6566812_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2015-04-17T20:03:00Z
Creation Date: 1999-05-17T22:04:45Z
Registrar Registration Expiration Date: 2016-05-17T21:05:21Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.2122067781
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive

Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ███ +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-04T09:34:22Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

Whois Lookup Date: 04-25-13
Registration Service Provided By: EXPERTSRS

Domain Name: HARRYS-MODELS.COM

Registration Date: 17-May-1999
Expiration Date: 17-May-2013

Status:ACTIVE

Name Servers:
ns2.rackspace.com
ns.rackspace.com

Registrant Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Administrative Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Technical Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Billing Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Server IP Address at Lookup Time:** 72.32.24.5

## Synergymodels.Com Information (Agency in Hong Kong, cDs SARL Customer)
**Most Recent Contact Email:** dns(at)cdsglobal.com | Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com | Download Reverse Registrar Report

Whois Lookup Date: 05-04-16
Domain Name: SYNERGYMODELS.COM
Registry Domain ID: 1548737297_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2016-03-11T23:53:02Z
Creation Date: 2009-03-23T09:13:01Z
Registrar Registration Expiration Date: 2017-03-23T09:13:01Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.2122067781
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com

Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ▮▮▮ +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-04T09:36:20Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Whois Lookup Date: 06-25-14**
Domain Name: SYNERGYMODELS.COM
Registry Domain ID: 1548737297_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 18-Mar-2014
Creation Date: 23-Mar-2009
Registrar Registration Expiration Date: 23-Mar-2015
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: ▮▮▮ +1-2013775952
Domain Status: OK
Registry Registrant ID: DI_1170488
Registrant Name: Bradley Zetler
Registrant Organization: CDS INC
Registrant Street: 27 West 24th Street, Suite 1102
Registrant City: New York
Registrant State/Province: New York
Registrant Postal Code: 10010
Registrant Country: US
Registrant Phone: +1.2122067781

Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID: DI_1170488
Admin Name: Bradley Zetler
Admin Organization: CDS INC
Admin Street: 27 West 24th Street, Suite 1102
Admin City: New York
Admin State/Province: New York
Admin Postal Code: 10010
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID: DI_1170488
Tech Name: Bradley Zetler
Tech Organization: CDS INC
Tech Street: 27 West 24th Street, Suite 1102
Tech City: New York
Tech State/Province: New York
Tech Postal Code: 10010
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>>Last update of WHOIS database: 2014-06-25T14:32:37+0000Z<<<

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

## Joule-studio.com Information (Casting Director based in Paris , cDs SARL Customer)

**Most Recent Contact Email:** dns(at)cdsglobal.com | Download Reverse Whois Report
**Most Recent Contact Phone:** +1.2122067781
**Most Recent Server IP Address:** 72.32.24.5 (0 total domains)
**Most Recent Registrar:** Pdr Ltd. D/b/a Publicdomainregistry.com | Download Reverse Registrar Report

**Whois Lookup Date: 05-04-16**
Domain Name: JOULE-STUDIO.COM
Registry Domain ID: 1740286_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2015-07-01T07:32:46Z
Creation Date: 1998-08-10T05:00:00Z
Registrar Registration Expiration Date: 2016-08-09T04:00:00Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: OK https://icann.org/epp#OK
Registry Registrant ID:
Registrant Name: Bradley Zetler
Registrant Organization: CDS LLC
Registrant Street: 39 Beards Creek Drive
Registrant City: Arapahoe
Registrant State/Province: North Carolina
Registrant Postal Code: 28510
Registrant Country: US
Registrant Phone: +1.2122067781
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns@cdsglobal.com
Registry Admin ID:
Admin Name: Bradley Zetler
Admin Organization: CDS LLC
Admin Street: 39 Beards Creek Drive
Admin City: Arapahoe
Admin State/Province: North Carolina
Admin Postal Code: 28510
Admin Country: US
Admin Phone: +1.2122067781
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns@cdsglobal.com
Registry Tech ID:
Tech Name: Bradley Zetler
Tech Organization: CDS LLC
Tech Street: 39 Beards Creek Drive
Tech City: Arapahoe
Tech State/Province: North Carolina
Tech Postal Code: 28510
Tech Country: US
Tech Phone: +1.2122067781
Tech Phone Ext:

Tech Fax:
Tech Fax Ext:
Tech Email: dns@cdsglobal.com
Name Server: ns2.rackspace.com
Name Server: ns.rackspace.com
DNSSEC:Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com

Registrar Abuse Contact Phone: +1-2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-05-04T09:50:41Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By: EXPERTSRS

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Whois Lookup Date: 05-14-13**
Registration Service Provided By: EXPERTSRS

Domain Name: JOULE-STUDIO.COM

Registration Date: 10-Aug-1998
Expiration Date: 09-Aug-2013

Status:ACTIVE

Name Servers:
ns2.rackspace.com
ns.rackspace.com

Registrant Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102

New York
New York,10010
US
Tel. +1.2122067781

Administrative Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Technical Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

Billing Contact Details:
CDS INC
Bradley Zetler (dns@cdsglobal.com)
27 West 24th Street, Suite 1102
New York
New York,10010
US
Tel. +1.2122067781

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.

**Server IP Address at Lookup Time:** 72.32.24.5

*Please note my new email address*
*Please send your support request to   pasupport@cds-official.com*

Regards.

**Christophe Racle**

Client Support Manager

tel:     +33 1 42 21 92 10
cell:    +33 6 86 58 53 83
skype:  c.racle
christophe.racle@cds-official.com

