# Exhibit A

# INVOICE



**Bradley Zetler**
CDS
39 Beards Creek Drive
Arapahoe, NC 28510
USA
brad@cdsglobal.com
A493308

| | | ORDER DATE | 31 Mar 2016 |
| --- | --- | --- | --- |
| | | ORDER NUMBER | P944523 |
| | | ORDER STATUS | Paid (Visa) |

| QTY | PRODUCT | PRICE | VOLUME DISCOUNT | NET PRICE |
| --- | --- | --- | --- | --- |
| 1 | **ASP.NET Subscription Renewal**<br>expires on 09 Apr 2017 | $399.99 | $40.00 | $359.99 |
| 1 | **ASP.NET Subscription Renewal**<br>expires on 09 Apr 2017 | $399.99 | $40.00 | $359.99 |
| | | **GRAND TOTAL** | | **$719.98** |
| | | **PAID TOTAL**<br>Visa | | **$719.98** |

All pricing is in US dollars

Developer Express Inc.

505 N. Brand Blvd., Suite 1600
Glendale, CA 91203
Tel +1 (818) 844 3383
Fax +1 (818) 844 3389

1