**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| C.D.S. Inc., <br>       *plaintiff*, <br>  - against - <br> Bradley Zetler; CDS, LLC; Rapid Systems CC; *and* John Does 1-5, <br>       *defendants*, <br>  - and - <br> Amazon Web Services, Inc.; *and* Rackspace US, Inc., <br>       *nominal defendants.* | 16 Civ. 3199 (VM) (JLC) <br><br> ECF CASE <br><br><br> **AMENDED NOTICE OF** <br> **APPEAL** |

    Notice is hereby given that defendants Rapid Systems CC, CDS LLC and Bradley Zetler (collectively "Rapid Systems") hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered in this action on June 6, 2016, that granted plaintiff's motion for a preliminary injunction (docket # 39) and from any and all orders adverse to them that are subsumed within the Order of June 6, 2016, including, without limitation, rulings on admissibility of evidence and the so-Ordered Stipulation entered June 30, 2016 (docket # 61).[1]

Dated: July 14, 2016      Respectfully submitted,

              THE LAW OFFICE OF IHSAN DOGRAMACI

                */s/ Ihsan Dogramaci*
              Ihsan Dogramaci
                e-mail: idogramaci@idlawoffice.net
              1120 Avenue of the Americas, 4th Fl.
              New York, NY 10036
              tel: (212) 309-7580
              fax: (646) 568-3727

              *Counsel for Rapid Systems CC, CDS LLC and Bradley Zetler*

---

[1] On July 1, 2016, Rapid Systems filed a Notice of Appeal that referenced the June 6, 2016 Order (docket # 39) but did not explicitly reference the June 30, 2016 implementation of that Order (docket # 61). This Amended Notice of Appeal adds an explicit reference to the so-Ordered Stipulation entered June 30, 2016 (docket # 61).