# The Law Office of Ihsan Dogramaci

1120 Avenue of the Americas, 4th Floor
New York, NY 10036

Tel: (212) 309 7580
Fax: (646) 568 3727



RECEIVED
DEC 2? 2016
CHAMBERS OF
JUDGE MARRERO

Sender's e-mail:
idogramaci@idlawoffice.net

December 19, 2016

**BY FAX**

Hon. Victor Marrero
United States District Judge, S.D.N.Y.
United States Courthouse
500 Pearl Street, Suite 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/17

Re: *C.D.S. Inc. v. Zetler et al.*, No. 16 Civ. 3199 (VM) (JLC)

Dear Judge Marrero:

I represent Rapid Systems CC, CDS LLC and Bradley Zetler (collectively "Rapid Systems") in this case. Further to a letter sent by me to your Honor a short time ago, I have just been advised by the Special Master as follows: "We have not issued a ruling on your request. Please inform the Court of this as well." Since that portion of the Special Master's order of November 28, 2016, to which my previous letter had stated an objection is still under consideration by the Special Master, it appears that Rapid Systems has nothing to which to object. Rapid Systems therefore withdraws its objection pending a final decision by the Special Master.[1]

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendants Rapid Systems

SO ORDERED.

1-4-17
DATE
VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Ihsan Dogramaci

cc (by e-mail): Special Master Daniel Garrie; Jeremy E. Deutsch, Esq.; Christian V. Cangiano, Esq.; Joshua M. MacLeod, Esq.

---

[1] Under Rule 53, an objection to an order of the Special Master must be made "no later than 21 days after a copy [of the order] is served." Fed. R. Civ. P. 53(f)(2). Today is 21 days from November 28, 2016. Should the Court find that Rapid Systems' time to object began running on November 28, 2016, Rapid Systems will stand on the objection stated in my previous letter.