# Exhibit 9



# INVOICE

**Invoice Date**  
01/26/17

**Invoice Number**  
0003942668-220

To: **Ishan Dogramaci**
**L/O Ihsan Dogramaci**
**1120 Ave. of the Americas**
**4th Floor**
**New York, NY 10036**

| | |
|---|---|
| Reference #: | **1220054014** |
| Billing Specialist: | **Tiffany Williamson** |
| Email: | **TWilliamson@jamsadr.com** |
| Telephone: | **(949) 224-4606** |
| Employer ID: | **68-0542699** |

AL

RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**
Representing: **Bradley Zetler ; C.D.S., LLC ; Rapid Systems CC**
Neutral(s): **Mr. Daniel Garrie**

Hearing Type: **Court Reference**

**Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/01/16 | Mr. Daniel Garrie | 3.90 | 587.00 | 2,289.30 | 2 | 1,144.65 |
| | 12/1/2016 - Review documents and multiple emails submitted by parties; Send email to parties to schedule 12/8/2016 hearing at JAMS NY; Team meeting. | | | | | |
| 12/01/16 | Mr. Daniel Garrie | 2.50 | 350.00 | 875.00 | 2 | 437.50 |
| | 12/1/2016 - MICHAEL MANN, Senior Analyst<br>Review documents and multiple emails submitted by parties; Team meeting. | | | | | |
| 12/02/16 | Mr. Daniel Garrie | 6.10 | 350.00 | 2,135.00 | 2 | 1,067.50 |
| | 12/2/2016 - MICHAEL MANN, Senior Analyst<br>Review emails and party submissions along with exhibits; Team meeting. | | | | | |
| 12/02/16 | Mr. Daniel Garrie | 3.10 | 587.00 | 1,819.70 | 2 | 909.85 |
| | 12/2/2016 - Review additional emails and documents submitted by parties regarding 12/8/2016 hearing; Send email to parties; Team meeting. | | | | | |
| 12/05/16 | Mr. Daniel Garrie | 3.80 | 350.00 | 1,330.00 | 2 | 665.00 |
| | 12/5/2016 - MICHAEL MANN, Senior Analyst<br>Review emails submitted by parties; Review party submissions; Review transcripts; Team meeting. | | | | | |
| 12/05/16 | Mr. Daniel Garrie | 1.90 | 587.00 | 1,115.30 | 2 | 557.65 |
| | 12/5/2016 - Review emails submitted by parties; Review party submissions; Team meeting. | | | | | |
| 12/06/16 | Mr. Daniel Garrie | 1.70 | 587.00 | 997.90 | 2 | 498.95 |
| | 12/6/2016 - Hearing prep; Team meeting. | | | | | |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
**P.O. Box 845402**
**Los Angeles, CA 90084**

Overnight mail:
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**     REFERENCE #:     **1220054014**     **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/06/16 | Mr. Daniel Garrie<br>12/6/2016 - MICHAEL MANN, Senior Analyst<br>Hearing prep; Team meeting. | 4.10 | 350.00 | 1,435.00 | 2 | 717.50 |
| 12/07/16 | Mr. Daniel Garrie<br>12/7/2016 - MICHAEL MANN, Senior Analyst<br>Hearing prep; Team meeting. | 6.20 | 350.00 | 2,170.00 | 2 | 1,085.00 |
| 12/07/16 | Mr. Daniel Garrie<br>12/7/2016 - Hearing prep; Team meeting; Review emails; Review additional submissions by parties. | 2.30 | 587.00 | 1,350.10 | 2 | 675.05 |
| 12/08/16 | Mr. Daniel Garrie<br>12/8/2016 - MICHAEL MANN, Senior Analyst<br>Team meeting; Hearing prep; Hearing with parties; Start to draft Order. | 12.90 | 350.00 | 4,515.00 | 2 | 2,257.50 |
| 12/08/16<br>10:00:00AM | Mr. Daniel Garrie<br>12/8/2016 - Hearing Time, Team meeting; Review documents | 5.00 | 587.00 | 2,935.00 | 2 | 1,467.50 |
| 12/12/16 | Mr. Daniel Garrie<br>12/12/2016 - Work on Order; Respond to email from parties; Team meeting. | 2.50 | 587.00 | 1,467.50 | 2 | 733.75 |
| 12/13/16 | Mr. Daniel Garrie<br>12/13/2016 - MICHAEL MANN, Senior Analyst<br>Work on Order; Team meeting. | 4.30 | 350.00 | 1,505.00 | 2 | 752.50 |
| 12/13/16 | Mr. Daniel Garrie<br>12/13/2016 - Review letter submitted by cDs; Continue to work on Order; Team meeting. | 2.10 | 587.00 | 1,232.70 | 2 | 616.35 |
| 12/14/16 | Mr. Daniel Garrie<br>12/14/2016 - MICHAEL MANN, Senior Analyst<br>Work on Order; Team meeting. | 5.30 | 350.00 | 1,855.00 | 2 | 927.50 |
| 12/14/16 | Mr. Daniel Garrie<br>12/14/2016 - Start to draft response to cDs submission; Continue to work on Order; Team meeting. | 3.10 | 587.00 | 1,819.70 | 2 | 909.85 |
| 12/15/16 | Mr. Daniel Garrie<br>12/15/2016 - Review parties' submissions; Email parties; Continue work on Order; Team meeting. | 5.80 | 587.00 | 3,404.60 | 2 | 1,702.30 |



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**    REFERENCE #:    **1220054014**    **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/15/16 | Mr. Daniel Garrie<br>12/15/2016 - MICHAEL MANN, Senior Analyst<br>Work on Order; Team meeting. | 1.30 | 350.00 | 455.00 | 2 | 227.50 |
| 12/19/16 | Mr. Daniel Garrie<br>12/19/2016 - MICHAEL MANN, Senior Analyst<br>Team meeting; Review documents; Draft Order | 6.80 | 350.00 | 2,380.00 | 2 | 1,190.00 |
| 12/19/16 | Mr. Daniel Garrie<br>12/19/2016 - Work on Order; Team meeting; Review submissions from RS. to the Court | 3.10 | 587.00 | 1,819.70 | 2 | 909.85 |
| 12/20/16 | Mr. Daniel Garrie<br>12/20/2016 - Review email submissions from parties; Team meeting | 4.80 | 587.00 | 2,817.60 | 2 | 1,408.80 |
| 12/20/16 | Mr. Daniel Garrie<br>12/20/2016 - MICHAEL MANN, Senior Analyst<br>Draft Order; Team meeting; Review documents | 9.80 | 350.00 | 3,430.00 | 2 | 1,715.00 |
| 12/21/16 | Mr. Daniel Garrie<br>12/21/2016 - Work on Order; Review party submissions; Team meeting | 2.50 | 587.00 | 1,467.50 | 2 | 733.75 |
| 12/21/16 | Mr. Daniel Garrie<br>12/21/2016 - MICHAEL MANN, Senior Analyst<br>Work on order; Team meeting | 1.90 | 350.00 | 665.00 | 2 | 332.50 |
| 12/22/16 | Mr. Daniel Garrie<br>12/22/2016 - Continue to review party submissions; Team meeting | 2.30 | 587.00 | 1,350.10 | 2 | 675.05 |
| 12/22/16 | Mr. Daniel Garrie<br>12/22/2016 - MICHAEL MANN, Senior Analyst<br>Work on order; Team meeting | 1.80 | 350.00 | 630.00 | 2 | 315.00 |
| 12/27/16 | Mr. Daniel Garrie<br>12/27/2016 - Work on Order; Team meeting | 4.80 | 587.00 | 2,817.60 | 2 | 1,408.80 |
| 12/27/16 | Mr. Daniel Garrie<br>12/27/2016 - MICHAEL MANN, Senior Analyst<br>Work on order; Team meeting | 7.30 | 350.00 | 2,555.00 | 2 | 1,277.50 |



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**   REFERENCE #:   **1220054014**   **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/28/16 | Mr. Daniel Garrie | 6.90 | 350.00 | 2,415.00 | 2 | 1,207.50 |
| | 12/28/2016 - MICHAEL MANN, Senior Analyst Work on exhibits; Team meeting | | | | | |
| 12/28/16 | Mr. Daniel Garrie | 5.50 | 587.00 | 3,228.50 | 2 | 1,614.25 |
| | 12/28/2016 - Work on Order; Team meeting. | | | | | |
| 12/29/16 | Mr. Daniel Garrie | 4.90 | 350.00 | 1,715.00 | 2 | 857.50 |
| | 12/29/2016 - MICHAEL MANN, Senior Analyst Finish Order; Team meeting | | | | | |
| 12/29/16 | Mr. Daniel Garrie | 2.80 | 587.00 | 1,643.60 | 2 | 821.80 |
| | 12/29/2016 - Finish order; Team meeting | | | | | |

|  |  |
|---|---|
| Fees | 31,820.70 |
| Total | $ 31,820.70 |