# Exhibit 10



# INVOICE

**Invoice Date**  
01/31/17

**Invoice Number**  
0003951256-220

To: **Ishan Dogramaci**  
**L/O Ihsan Dogramaci**  
**1120 Ave. of the Americas**  
**4th Floor**  
**New York, NY 10036**

Reference #: **1220054014**  AL
Billing Specialist: **Tiffany Williamson**  
Email: **TWilliamson@jamsadr.com**  
Telephone: **(949) 224-4606**  
Employer ID: **68-0542699**

RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**  
Representing: **Bradley Zetler ; C.D.S., LLC ; Rapid Systems CC**  
Neutral(s): **Mr. Daniel Garrie**

Hearing Type: **Court Reference**

**Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/02/17 | Mr. Daniel Garrie | 6.30 | 587.00 | 3,698.10 | 2 | 1,849.05 |
| | 1/2/2017 - Start review of CDS and RS code -- request parties to resubmit code; team meeting. | | | | | |
| 01/02/17 | Mr. Daniel Garrie | 1.10 | 350.00 | 385.00 | 2 | 192.50 |
| | 1/2/2017 - MICHAEL MANN, Senior Analyst<br>Assist on setting-up code review; team meeting; reviewing and drafting emails. | | | | | |
| 01/03/17 | Mr. Daniel Garrie | 1.50 | 350.00 | 525.00 | 2 | 262.50 |
| | 1/3/2017 - MICHAEL MANN, Senior Analyst<br>Work on RS code review; team meeting; reviewing and drafting emails. | | | | | |
| 01/03/17 | Mr. Daniel Garrie | 5.80 | 587.00 | 3,404.60 | 2 | 1,702.30 |
| | 1/3/2017 - Work on RS code review -- configuring system; load RS environment; team meeting. | | | | | |
| 01/04/17 | Mr. Daniel Garrie | 2.30 | 350.00 | 805.00 | 2 | 402.50 |
| | 1/4/2017 - MICHAEL MANN, Senior Analyst<br>Work on code review with CDS; team meeting; reviewing and drafting emails. | | | | | |
| 01/04/17 | Mr. Daniel Garrie | 7.10 | 587.00 | 4,167.70 | 2 | 2,083.85 |
| | 1/4/2017 - Work on code review -- loading CDS web environment and configuring system; team meeting. | | | | | |
| 01/05/17 | Mr. Daniel Garrie | 6.80 | 587.00 | 3,991.60 | 2 | 1,995.80 |
| | 1/5/2017 - Work on code review -- complete setting-up CDS web environment; review AP GIT repository; prepare for hearing; team meeting. | | | | | |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

Overnight mail:  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1220054014**  **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/05/17 | Mr. Daniel Garrie | 2.50 | 350.00 | 875.00 | 2 | 437.50 |
| | 1/5/2017 - MICHAEL MANN, Senior Analyst<br>Work on code review; prepare for hearing; team meeting. | | | | | |
| 01/06/17 | Mr. Daniel Garrie | 5.10 | 587.00 | 2,993.70 | 2 | 1,496.85 |
| | 1/6/2017 - Work on code review -- start reviewing CDS code against AP code; continue review of RS front-end and DB structure; team meeting; Review transcript and prepare for hearing | | | | | |
| 01/06/17 | Mr. Daniel Garrie | 4.90 | 350.00 | 1,715.00 | 2 | 857.50 |
| | 1/6/2017 - MICHAEL MANN, Senior Analyst<br>Review transcript; prepare for hearing; work on code review; assist on review of RS front-end; team meeting. | | | | | |
| 01/08/17 | Mr. Daniel Garrie | 4.50 | 587.00 | 2,641.50 | 2 | 1,320.75 |
| | 1/8/2017 - Work on code review; respond to email from parties. | | | | | |
| 01/09/17 | Mr. Daniel Garrie | 1.50 | 350.00 | 525.00 | 2 | 262.50 |
| | 1/9/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; assist with code review | | | | | |
| 01/09/17 | Mr. Daniel Garrie | 8.10 | 375.00 | 3,037.50 | 2 | 1,518.75 |
| | 1/9/2017 - PETER KAZAZES<br>Assist with code review -- Code comparison scripts; SQL query review; team meeting. | | | | | |
| 01/09/17 | Mr. Daniel Garrie | 6.30 | 587.00 | 3,698.10 | 2 | 1,849.05 |
| | 1/9/2017 - Work on code review of CDS application -- SQL queries and CSS; write code comparison scripts; respond to email from parties. | | | | | |
| 01/10/17 | Mr. Daniel Garrie | 6.90 | 587.00 | 4,050.30 | 2 | 2,025.15 |
| | 1/10/2017 - Work on code review of CDS application -- SQL queries; CSS; stand-up AP original code; respond to email from parties. | | | | | |
| 01/10/17 | Mr. Daniel Garrie | 7.30 | 375.00 | 2,737.50 | 2 | 1,368.75 |
| | 1/10/2017 - PETER KAZAZES<br>Assist with code review. | | | | | |
| 01/10/17 | Mr. Daniel Garrie | 1.20 | 350.00 | 420.00 | 2 | 210.00 |
| | 1/10/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; reviewing party submissions; drafting emails | | | | | |



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1220054014**  **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/11/17 | Mr. Daniel Garrie | 2.30 | 350.00 | 805.00 | 2 | 402.50 |
| | 1/11/2017 - MICHAEL MANN, Senior Analyst<br>Review filings by parties; team meeting. | | | | | |
| 01/11/17 | Mr. Daniel Garrie | 4.80 | 375.00 | 1,800.00 | 2 | 900.00 |
| | 1/11/2017 - PETER KAZAZES<br>Assist with code review; team meeting. | | | | | |
| 01/11/17 | Mr. Daniel Garrie | 4.80 | 587.00 | 2,817.60 | 2 | 1,408.80 |
| | 1/11/2017 - Work on code review of RS AP application -- SQL queries; review RS AP git logs; review additional code submission by CDS; review filings by parties; send email to parties. | | | | | |
| 01/12/17 | Mr. Daniel Garrie | 1.30 | 350.00 | 455.00 | 2 | 227.50 |
| | 1/12/2017 - MICHAEL MANN, Senior Analyst<br>Review filings by parties; team meeting | | | | | |
| 01/12/17 | Mr. Daniel Garrie | 3.10 | 375.00 | 1,162.50 | 2 | 581.25 |
| | 1/12/2017 - PETER KAZAZES<br>Assist with code review | | | | | |
| 01/12/17 | Mr. Daniel Garrie | 2.10 | 587.00 | 1,232.70 | 2 | 616.35 |
| | 1/12/2017 - Complete initial review of RS front-end application; team meeting; review filings by parties. | | | | | |
| 01/13/17 | Mr. Daniel Garrie | 1.80 | 350.00 | 630.00 | 2 | 315.00 |
| | 1/13/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; reviewing party submissions; drafting and reviewing emails | | | | | |
| 01/13/17 | Mr. Daniel Garrie | 2.80 | 587.00 | 1,643.60 | 2 | 821.80 |
| | 1/13/2017 - Continue review of CDS code base; team meeting. | | | | | |
| 01/13/17 | Mr. Daniel Garrie | 4.90 | 375.00 | 1,837.50 | 2 | 918.75 |
| | 1/13/2017 - PETER KAZAZES<br>Assist with code review; | | | | | |
| 01/16/17 | Mr. Daniel Garrie | 4.10 | 587.00 | 2,406.70 | 2 | 1,203.35 |
| | 1/16/2017 - Continue with code review of RS and CDS; team meeting. | | | | | |



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**  REFERENCE #:  **1220054014**  **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/16/17 | Mr. Daniel Garrie<br>1/16/2017 - PETER KAZAZES<br> Assist with code review | 6.30 | 375.00 | 2,362.50 | 2 | 1,181.25 |
| 01/16/17 | Mr. Daniel Garrie<br>1/16/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; meeting to summarize code review methods and results. | 2.70 | 350.00 | 945.00 | 2 | 472.50 |
| 01/17/17 | Mr. Daniel Garrie<br>1/17/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; meeting to summarize code review methods and results; drafting report. | 3.30 | 350.00 | 1,155.00 | 2 | 577.50 |
| 01/17/17 | Mr. Daniel Garrie<br>1/17/2017 - Continue with code review of RS and CDS -- SQL database structure and application logic; team meeting. | 5.80 | 587.00 | 3,404.60 | 2 | 1,702.30 |
| 01/17/17 | Mr. Daniel Garrie<br>1/17/2017 - PETER KAZAZES<br> Assist with code review | 4.70 | 375.00 | 1,762.50 | 2 | 881.25 |
| 01/18/17 | Mr. Daniel Garrie<br>1/18/2017 - Continue code review of RS and CDS -- front-end and application logic; team meeting. | 4.10 | 587.00 | 2,406.70 | 2 | 1,203.35 |
| 01/18/17 | Mr. Daniel Garrie<br>1/18/2017 - PETER KAZAZES<br>Assist with code review; team meeting; | 4.90 | 375.00 | 1,837.50 | 2 | 918.75 |
| 01/19/17 | Mr. Daniel Garrie<br>1/19/2017 - MICHAEL MANN, Senior Analyst<br>Team meeting; drafting report | 3.80 | 350.00 | 1,330.00 | 2 | 665.00 |
| 01/19/17 | Mr. Daniel Garrie<br>1/19/2017 - PETER KAZAZES<br>Assist with code review; team meeting.. | 2.30 | 375.00 | 862.50 | 2 | 431.25 |
| 01/19/17 | Mr. Daniel Garrie<br>1/19/2017 - Complete code review; start to draft findings; team meeting. | 4.90 | 587.00 | 2,876.30 | 2 | 1,438.15 |
| 01/20/17 | Mr. Daniel Garrie<br>1/20/2017 - Continue to work on findings; team meeting | 6.10 | 587.00 | 3,580.70 | 2 | 1,790.35 |



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

| Hearing Type: | **Court Reference** | | REFERENCE #: | **1220054014** | | **Rep# 5** |
|---|---|---|---|---|---|---|
| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
| 01/20/17 | Mr. Daniel Garrie | 7.80 | 350.00 | 2,730.00 | 2 | 1,365.00 |
| | 1/20/2017 - MICHAEL MANN, Senior Analyst Team meeting; drafting report | | | | | |
| 01/23/17 | Mr. Daniel Garrie | 5.10 | 350.00 | 1,785.00 | 2 | 892.50 |
| | 1/23/2017 - MICHAEL MANN, Senior Analyst Drafting findings; team meeting. | | | | | |
| 01/23/17 | Mr. Daniel Garrie | 1.30 | 587.00 | 763.10 | 2 | 381.55 |
| | 1/23/2017 - Continue to work on findings; team meeting. | | | | | |
| 01/24/17 | Mr. Daniel Garrie | 4.90 | 587.00 | 2,876.30 | 2 | 1,438.15 |
| | 1/24/2017 - Finish findings; review CDS letter submission to the Court; review filings submitted to the Court; team meeting. | | | | | |
| 01/24/17 | Mr. Daniel Garrie | 3.20 | 350.00 | 1,120.00 | 2 | 560.00 |
| | 1/24/2017 - MICHAEL MANN, Senior Analyst Finish findings. | | | | | |
| 01/24/17 | Mr. Daniel Garrie | 1.80 | 275.00 | 495.00 | 2 | 247.50 |
| | 1/24/2017 - BENJAMIN DYNKIN, Senior Legal & Forensics Analyst Organize exhibits; file with Court. | | | | | |
| 01/25/17 | Mr. Daniel Garrie | 3.10 | 587.00 | 1,819.70 | 2 | 909.85 |
| | 1/25/2017 - Review filings with the Court. | | | | | |
| 01/26/17 | Mr. Daniel Garrie | 2.80 | 587.00 | 1,643.60 | 2 | 821.80 |
| | 1/26/2017 - Review filings with the Court | | | | | |
| 01/27/17 | Mr. Daniel Garrie | 2.90 | 587.00 | 1,702.30 | 2 | 851.15 |
| | 1/27/2017 - Review filings with the Court | | | | | |
| 01/30/17 | Mr. Daniel Garrie | 4.10 | 587.00 | 2,406.70 | 2 | 1,203.35 |
| | 1/30/2017 - Review filings with the Court.. | | | | | |

Fees      47,163.10



RE: **C.D.S., Inc. vs. Zetler, Bradley, et al.**

Hearing Type: **Court Reference**  REFERENCE #: **1220054014**  **Rep# 5**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Total | | $ 47,163.10 | |