UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORKC.D.S. Inc.,<br>　　　　　　　　Plaintiff,<br><br>　- against -<br><br>Bradley Zetler; CDS, LLC; Rapid Systems CC; and John Does 1-5,<br>　　　　　　the CDS Parties,<br><br>　- and -<br><br>Amazon Web Services, Inc. and<br>Rackspace US, Inc.,<br>　　Nominal Defendants.<br><br>Rapid Systems CC, CDS LLC, and<br>Bradley Zetler,<br><br>　　　　　　　Counterclaim Plaintiffs,<br><br>　-against –<br><br>C.D.S. Inc., Diane Treat; Jerome Viollon; Christelle Riot; Christophe Racle; Jerome Marechaux; and CDS SARL,<br><br>　　　　　　　Counterclaim Defendants. | Case No.:  16 Civ. 3199 (VM)(JLC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER THE APPEARANCE** of Siddartha Rao, Esq. as attorney for C.D.S., Inc. Plaintiff in this action, and C.D.S. Inc., Jerome Viollon, Christelle Riot, Christophe Racle, Jerome Marechaux, and CDS SARL, counterclaim defendants in this Action.  Anna S. Park certifies that he is admitted to practice in this Court.

1

Dated: New York, New York
      February 17, 2017.

        /s/ Siddartha Rao
       Signature

       Siddartha Rao, Esq.   SR-6615
       Print Name          Bar Number

       Rao Law Group
       54 W. 40th St. 4th Floor
       New York, NY 10018
       Office Address

       (212) 548-4539   (646) 741-3257
       Phone Number    Fax Number

       sid@raolawgroup.com
       Email Address