UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUTHERN DISTRICT OF NEW YORKC.D.S. Inc., <br> Plaintiff, <br><br> - against - <br><br> Bradley Zetler; CDS, LLC; Rapid Systems CC; and John Does 1-5, <br> the CDS Parties, <br><br> - and - <br><br> Amazon Web Services, Inc. and Rackspace US, Inc., <br> Nominal Defendants. <br><br> Rapid Systems CC, CDS LLC, and Bradley Zetler, <br><br> Counterclaim Plaintiffs, <br><br> -against – <br><br> C.D.S. Inc., Diane Treat; Jerome Viollon; Christelle Riot; Christophe Racle; Jerome Marechaux; and CDS SARL, <br><br> Counterclaim Defendants. | Case No.: 16 Civ. 3199 (VM)(JLC) |

**NOTICE OF APPEARANCE**

T<small>O THE</small> C<small>LERK OF</small> T<small>HIS</small> C<small>OURT AND</small> A<small>LL</small> P<small>ARTIES OF</small> R<small>ECORD</small>:

**PLEASE ENTER THE APPEARANCE** of Anna Park, Esq. as attorney for C.D.S., Inc. Plaintiff in this action, and C.D.S. Inc., Jerome Viollon, Christelle Riot, Christophe Racle, Jerome Marechaux, and CDS SARL, counterclaim defendants in this Action. Anna S. Park certifies that he is admitted to practice in this Court.

1

Dated: New York, New York
 February 17, 2017.

      /s/ Anna S. Park
Signature

Anna Park, Esq.     AP-3112
Print Name            Bar Number

Rao Law Group
54 W. 40th St. 4th Floor
New York, NY 10018
Office Address

(212) 548-4539    (646) 741-3257
Phone Number     Fax Number

anna@raolawgroup.com
Email Address