UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.D.S. Inc.,<br>　　　　　　　Plaintiff,<br><br>- against -<br><br>Bradley Zetler; CDS, LLC; Rapid Systems CC; and John Does 1-5,<br>　　　　　　　the CDS Parties,<br><br>- and -<br><br>Amazon Web Services, Inc. and Rackspace US, Inc.,<br>　　　Nominal the CDS Parties.<br><br>Rapid Systems CC, CDS LLC, and Bradley Zetler,<br><br>　　　　　　　Counterclaim Plaintiffs,<br><br>-against –<br><br>C.D.S. Inc., Diane Treat; Jerome Viollon; Christelle Riot; Christophe Racle; Jerome Marechaux; and CDS SARL,<br><br>　　　　　　　Counterclaim Defendants. | Case No.: 16 Civ. 3199 (VM)(JLC) |

## **STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the Rao Law Group is hereby substituted in place of the law firm of Norris, McLaughlin & Marcus, P.A. a counsel of record for Plaintiff and Counterclaim Defendant C.D.S., Inc. and Third Party Defendants Jerome Marechaux, Jerome Viollon, Christophe Racle, Christelle Riot and CDS SARL.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing and other filings in this matter should be served upon the following incoming counsel:

Siddartha Rao (sid@raolawgroup.com)
Anna S. Park (anna@raolawgroup.com)
RAO LAW GROUP
54 W. 40th Street, 4th Floor
New York, NY 10018
Tel. (212) 548-4539
Fax. (646) 741-3257

**[INTENTIONALLY LEFT BLANK]**
**[SIGNATURE PAGE TO FOLLOW]**

Dated: New York, New York
February 17, 2017

| NORRIS, McLAUGHLIN & MARCUS, P.A. | RAO LAW GROUP |
|---|---|
| By: /s/ Robert Mahoney | By: [signature] |
| Robert Mahoney | Siddartha Rao |
| 875 Third Avenue, 8th Floor | 54 W. 40th Street, 4th Floor |
| New York, New York 10022 | New York, NY 10018 |
| Telephone (212) 808-0700 | Tel. (212) 548-4539 |
| Facsimile (212) 808-0844 | Fax. (646) 741-3257 |

*Outgoing Attorneys for Plaintiff/Counterclaim Defendant CDS, Inc. and Third Party Defendants Jerome Marechaux, Jerome Viollon, Christophe Racle, Christelle Riot and C.D.S. SARL*

*Incoming Attorneys for Plaintiff/Counterclaim Defendant CDS, Inc. and Third Party Defendants Jerome Marechaux, Jerome Viollon, Christophe Racle, Christelle Riot and C.D.S. SARL*

C.D.S., INC.

By: Diane Treat
Title: C.D.S., Inc.

JEROME VIOLLON

_____
Jerome Viollon

CHRISTELLE RIOT

_____
Christelle Riot

CHRISTOPHE RACLE

_____
Christophe Racle

Jérôme Maréchaux

_____
By: Jérôme Maréchaux
Title: C.D.S. SARL

**SO ORDERED:**

_____
U.S.D.J.

3

Dated: New York, New York
February 17, 2017

| NORRIS, McLAUGHLIN & MARCUS, P.A. | RAO LAW GROUP |
|---|---|
| By: _____<br>Robert Mahoney<br>875 Third Avenue, 8th Floor<br>New York, New York 10022<br>Telephone (212) 808-0700<br>Facsimile (212) 808-0844 | By: _____<br>Siddartha Rao<br>54 W. 40th Street, 4th Floor<br>New York, NY 10018<br>Tel. (212) 548-4539<br>Fax. (646) 741-3257 |
| *Outgoing Attorneys for Plaintiff/Counterclaim Defendant CDS, Inc. and Third Party Defendants Jerome Marechaux, Jerome Viollon, Christophe Racle, Christelle Riot and C.D.S. SARL* | *Incoming Attorneys for Plaintiff/Counterclaim Defendant CDS, Inc. and Third Party Defendants Jerome Marechaux, Jerome Viollon, Christophe Racle, Christelle Riot and C.D.S. SARL* |

C.D.S., INC.

By: _____ Diane Treat
Title: C.D.S., Inc.

JEROME VIOLLON

_____
Jerome Viollon

CHRISTELLE RIOT

_____
Christelle Riot

CHRISTOPHE RACLE

_____
Christophe Racle

Jérôme Maréchaux

_____
By: Jérôme Maréchaux
Title: C.D.S. SARL


**SO ORDERED:**

_____
U.S.D.J.

3