UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.D.S. Inc.,<br>Plaintiff,<br><br>- against -<br><br>Bradley Zetler; CDS, LLC; Rapid Systems CC; and John Does 1-5,<br>the CDS Parties,<br><br>- and -<br><br>Amazon Web Services, Inc. and Rackspace US, Inc.,<br>Nominal the CDS Parties.<br><br>Rapid Systems CC, CDS LLC, and Bradley Zetler,<br><br>Counterclaim Plaintiffs,<br><br>-against –<br><br>C.D.S. Inc., Diane Treat; Jerome Viollon; Christelle Riot; Christophe Racle; Jerome Marechaux; and CDS SARL,<br><br>Counterclaim Defendants. | Case No.: 16 Civ. 3199 (VM)(JLC) |

## DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4

SIDDARTHA RAO declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am the managing attorney of Rao Law Group.

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support

1

of the stipulation and order substituting Rao Law Group for Norris, McLaughlin, & Marcus, P.A. ("Norris") as counsel of record for Plaintiff C.D.S., Inc. ("CDS") and counterclaim defendants CDS, Jerome Viollon, Christelle Riot, Chirstophe Racle, Jerome Marechaux, and CDS SARL.

3. All parties referenced above have requested that Rao Law Group represent them in this action and have consented to the withdrawal of Norris.

4. At present the parties are completing fact and expert discovery after a conference last week before Magistrate Judge Cott.

5. I respectfully submit that at this time, we do not anticipate that the substitution of counsel would unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 17, 2017

_____
SIDDARTHA RAO