UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.D.S. Inc.,<br>    Plaintiff,<br><br>- against -<br><br>Bradley Zetler; CDS, LLC; Rapid Systems CC; and John Does 1-5,<br>    the CDS Parties,<br><br>- and -<br><br>Amazon Web Services, Inc. and Rackspace US, Inc.,<br>    Nominal CDS Parties.<br><br>Rapid Systems CC, CDS LLC, and Bradley Zetler,<br><br>    Counterclaim Plaintiffs,<br><br>-against –<br><br>C.D.S. Inc., Diane Treat; Jerome Viollon; Christelle Riot; Christophe Racle; Jerome Marechaux; and CDS SARL,<br><br>    Counterclaim Defendants. | Case No.: 16 Civ. 3199 (VM)(JLC) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE ENTER THE APPEARANCE** of Anna S. Park, Esq. as attorney for C.D.S., Inc. Plaintiff in this action, and C.D.S. Inc., Jerome Viollon, Christelle Riot, Christophe Racle, Jerome Marechaux, and CDS SARL, counterclaim defendants in this Action. Anna S. Park certifies that he is admitted to practice in this Court.

1

Dated: New York, New York
       February 21, 2017.

                    /s/ Anna S. Park
                    Signature

| Anna Park, Esq. | AP-3112 |
|---|---|
| Print Name | Bar Number |

Rao Law Group
54 W. 40th St. 4th Floor
New York, NY 10018
Office Address

| (212) 548-4539 | (646) 741-3257 |
|---|---|
| Phone Number | Fax Number |

anna@raolawgroup.com
Email Address