# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| x | |
| x   C.D.S. INC., | |
| x             Plaintiff, | |
| x | |
| x             v. | 16 CV 3199 (VM) (JLC) |
| x | |
| x   BRADLEY ZETLER, et al., | ECF CASE |
| x             Defendants. | |

_____

| |
|---|
| x |
| x   Rapid Systems CC and Bradley Zetler, |
| x             Counterclaim Plaintiffs, |
| x |
| x             v. |
| x |
| x   C.D.S. Inc.; Diane Treat; Jerome Viollon; |
| x   Christelle Riot; Christophe Racle; |
| x   Jerome Marechaux; and CDS SARL, |
| x             Counterclaim Defendants. |

_____

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that David Leichtman of Leichtman Law PLLC, with offices located at 315 Madison Avenue, Suite 3011, New York, New York 10017, hereby appears as counsel for Plaintiff C.D.S. Inc. and Counterclaim Defendants C.D.S. Inc., Diane Treat, Jerome Viollon, Christelle Riot, Christophe Racle, Jerome Marechaux, and CDS SARL, and requests that copies of all future pleadings, filings, notices, correspondences, and other papers in the above-captioned matter be copied to and served to the undersigned counsel at the address indicated herein. Please note that this address and firm affiliation will become effective as of April 1, 2017. Affiliation through March 31, 2017 is also listed below.

Dated: March 27, 2017

Respectfully submitted,

/s/ David Leichtman

David Leichtman

(Effective April 1, 2017):
Leichtman Law PLLC
315 Madison Avenue
New York, NY 10017
dleichtman@leichtmanlaw.com
Tel:  (212) 419-5210

(address through March 31, 2017):
c/o ROBINS KAPLAN LLP
601 Lexington Avenue, Suite 3400
New York, NY 10022
Tel: (212) 980-7400