# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

**By ECF & E-Mail**

March 27, 2017

Judge James L. Cott
United States Southern District Court
500 Pearl Street
New York, NY 10007-1312

      Re:    CDS v. Zetter/16-CV-3199 (VM)(JLC)

Dear Judge Cott:

      I write with respect to the Memorandum Order dated March 23, 2017, pursuant to which you ordered the application of my former law firm, Norris McLaughlin & Marcus, P.A., to be relieved as counsel for plaintiff/third-party defendants. As you know, I resigned from Norris as of January 13, 2017.

      Due to some apparent confusion in the docketing department, I was not included within the ambit of your March 23rd order. Therefore, I write for good order form to request that you "so order" this letter to relieve me as counsel for plaintiff/third-party defendants (with the exception of my appearing as counsel with Anderson Kill P.C. for Third-party Defendant, Ms. Treat). This way the docket sheet can be corrected. As per the docketing office, there is no other way to effectuate this change.

      Please do not hesitate to contact the undersigned if you require any further information or have any questions.

Respectfully submitted,

Jeremy E. Deutsch (JD-3868)

JED