# The Law Office of Ihsan Dogramaci

1120 Avenue of the Americas, 4th Floor
New York, NY 10036

Tel: (212) 309 7580
Fax: (646) 568 3727

Sender's e-mail:
idogramaci@idlawoffice.net

March 28, 2017

**BY ECF**

Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1360
New York, NY 10007

    Re:    <u>C.D.S. Inc. v. Zetler et al.</u>, No. 16 Civ. 3199 (VM) (JLC)

Dear Judge Cott:

    I represent defendants/counterclaimants Rapid Systems CC, CDS LLC and Bradley Zetler (collectively "Rapid Systems") in this case.

    I write to request that Joshua M. MacLeod, formerly Of Counsel to the Law Office of Ihsan Dogramaci, be removed as counsel in this case because he is no longer associated with my firm. I respectfully request that the clerk be directed to remove Mr. MacLeod from the docket and list of attorneys to be notified in this matter on the Court's case management/electronic case files (CM/ECF) system.

    Rapid Systems will continue to be represented by me (of the Law Office of Ihsan Dogramaci) and by Lewis P. Trippett (of Higgins & Trippett LLP).

    Respectfully submitted,

    */s/ Ihsan Dogramaci*

    Ihsan Dogramaci

cc:    Joshua M. MacLeod (by e-mail)
       All counsel of record (by ECF)