# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

**By eFile**

April 5, 2017

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY  10007

      Re:    CDS, Inc. v. Zetter – Case # 16-2346

Dear Ms. Wolfe:

      We are outgoing counsel for CDS, Inc. in regards to the above-referenced appeal.

      New, substituted counsel, David L. Leichtman, by notice of appearance and substitution of counsel dated April 2, 2017, has appeared for CDS, Inc. and has substituted in place of Christian V. Cangiano and the undersigned.

      Mr. Cangiano and I consent to and confirm such substitution. Accordingly, please remove us both from the docket sheet and from the list of appearing attorneys in this matter.

      Respectfully submitted,

      Jeremy E. Deutsch

JED:caf