# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jeremy E. Deutsch, Esq.
jdeutsch@andersonkill.com
212-278-1172

*By ECF & E-Mail –*
*CottNYSDChambers@nysd.uscourts.gov*

April 11, 2017

Judge James L. Cott, U.S.M.J.
Daniel Patrick Moynihan
United States Southern District Court
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/17

Re: CDS v. Zetter, et. al.,
Case No. 16-cv-03199 (VM)(JLC)

Dear Judge Cott:

  We are currently co-attorneys for third-party defendant Diane Treat, and we write with regard to Your Honor's directive at the last hearing on April 3, 2017, that counsel for the Plaintiff/Third-Party Defendants reach some clarity as to who is currently representing which parties and in what capacity in the above-captioned matter. Pursuant to Your Honor's directive, and for the reasons set forth below, we respectfully apply to this Court for an order pursuant to Local Civil Rule 1.4 withdrawing Anderson Kill, P.C. as counsel of record for Diane Treat.

  As the Court is aware, on March 27, 2017, David Leichtman with the firm of Leichtman Law PLLC entered an appearance on behalf of Plaintiff and all of "Counterclaim Defendants" including Diane Treat (Dkt. No. 255). Subsequent to the April 3, 2017 hearing, we had conversations with both Mr. Leichtman and Ms. Treat regarding how representation of the parties in this matter was going to proceed. We were informed by Ms. Treat that she would prefer to be represented by a singular counsel together with the other Third-Party/Counterclaim Defendants and thus will no longer require the services of Anderson Kill, P.C. to represent her, and would from this point forward, to eliminate a duplication of services, prefer to be represented solely by Leichtman Law PLLC.

  Given that Leichtman Law PLLC has already entered an appearance in this matter on behalf of Ms. Treat, as well as the Plaintiff and all of the other Third-Party/Counterclaim Defendants, we respectfully request that the Court issue an order pursuant to Local Civil Rule 1.4 withdrawing Anderson Kill, P.C., Jeremy E. Deutsch and Christian V. Cangiano (the "Anderson Kill Attorneys") as counsel of record for Ms. Treat in this matter.

      The withdrawal of the Anderson Kill Attorneys as counsel of record for Ms. Treat will not affect the posture of this case, as that will be dictated under any circumstances by Leichtman Law PLLC and counsel for Defendants/Counterclaim Plaintiff/Third-Party Plaintiff, and the Anderson Kill Attorneys' participation in this matter, as counsel for a single Third-Party Defendant, was always subordinate to the schedule and posture set by those parties. Anderson Kill P.C. will not be seeking a retaining and/or charging lien.

      Based upon the foregoing, we respectfully request that the Court issue an order granting the withdrawal of the Anderson Kill Attorneys as attorneys of record at the upcoming hearing on April 13, 2017, and directing that the Court's Docket be changed to reflect such withdrawal.

Respectfully submitted,

Jeremy E. Deutsch (JD-3868)

JED:caf

cc:     All Counsel (by ECF and E-mail)
         Diane Treat (by E-mail)

The application of Anderson Kill, P.C. to withdraw as counsel of record for Diane Treat pursuant to Local Rule 1.4 is hereby granted.

SO ORDERED.

James L. Cott
U.S.M.J.
4/12/17

nydocs1-1085846.1