```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 13, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
C.D.S. INC.,                                      :
                                                  :     **ORDER**
                    Plaintiff,                    :
                                                  :     16-CV-3199 (JSR) (JLC)
          - against-                              :
                                                  :
BRADLEY ZETLER, *et al.*,                         :
                                                  :
                    Defendants.                   :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     In light of the parties' report today (sent to the Court by email) that they are attempting to resolve the matters that the Court referred to the Special Master yesterday (*see* Dkt. No. 478), the Court hereby directs the Special Master to forbear from taking any action on the referral until **12:00 p.m. on Monday, April 16**. The parties are directed to report to the Court and to the Special Master **no later than 11:00 a.m. on Monday, April 16** whether they have resolved the outstanding issues (and if so on what terms) by filing a letter with the Court.

     To the extent that the parties report on Monday that they have been unable to resolve any or all of the outstanding issues, the deadline by which the Special Master shall complete the assignment referred to him (*i.e.*, of the issues set forth in Dkt. No. 478) is extended to April 23. If there is an extension, the Court will issue an order revising the schedule for the parties' objections to the Special Master's orders as well as the date for the parties' next conference before the Court.

     **SO ORDERED.**

Dated: April 13, 2018
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1